IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY CAMPOS, 10059745, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-2547-D |
| | ) | |
| LUPE VALDEZ, | ) | |
|     Respondent. | ) | |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED**.

May 26, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE